1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI LYNNE SCHREIER, an individual; HANS JOACHIM-PAUL SCHREIER, an individual; and HANS DYLAN ERIC SCHREIER, a minor, by and through his Guardian ad litem TONI LYNNE SCHREIER,<br><br>      Plaintiffs,<br> vs.<br><br>VARD S. HUNT, individually and as Trustee of the VARD S HUNT TRUST; and LYNN HOLLAND, an individual,<br><br>      Defendants. | Case No.  2:15-cv-03325-TPH-PJWx<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE  [JS-6]**<br><br>**[F.R.C.P. 41(A)(2)]** |

**ORDER**

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY HORDERED that the Complaint is hereby dismissed with prejudice.

IT IS FUTHER ORDERED that the Court shall retain jurisdiction over the parties through the conclusion of any proceeding to enforce the parties Settlement Agreement for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: OCT. 26, 2015

*Terry J. Hatter, Jr.*

_____

TERRY J. HATTER, JR.

UNITED STATES DISTRICT JUDGE

1
**ORDER**